```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION

STEPHAN SAMPLES,                )
                                )
     Plaintiff,                 )
                                )
     v.                         )    NO. 3:11-0034
                                )    Judge Haynes/Bryant
GLOBAL CREDIT & COLLECTION, INC.)
et al.,                         )
                                )
     Defendants.                )
```

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 6).

An initial case management conference is set for **Tuesday, March 29, 2011, at 10:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to March 29, 2011.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge